UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

███████████, an individual,
Plaintiff,

v.

UMass-Amherst, a public educational institution of more than 300 employees,
Dr. Derek Lovley, an individual,
Dr. Toshiyuki Ueki, an individual,
Dr. John Lopes, an individual,
Defendants.

Dated April 22, 2019

MOTION FOR IMPOUNDMENT
WITH IN-CAMERA HEARING TO PRESENT SUPPORTING ARGUMENT

Pursuant to Local Rule 7.2 of the United States District Court for the District of Massachusetts, the Plaintiff requests the impoundment, until further order of this Honorable Court, of the records related to the complaint for damages with jury trial demand that she filed on April 22, 2019. To give the reasons in support of this request, the Plaintiff would like to move for an in-camera hearing with the main purpose of averting irreparable injuries that are extremely likely.

Respectfully submitted,
/s/ ███████████, Pro Se

*Motion for impoundment with in-camera hearing_042219*



