UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:19-cv-30056-MGM *SEALED*

▮▮▮▮▮▮▮▮▮▮, an individual,
Plaintiff,

v.

UMass-Amherst, a Massachusetts public institution of more than 300 employees,
Dr. Derek Lovley, an individual,
Dr. Toshiyuki Ueki, an individual,
Dr. John Lopes, an individual,
Defendants.

Dated August 12, 2019

**MOTION FOR FILING UNDER SEAL WITH COURT EX-PARTE REVIEW
LEGAL MEMORANDUM IN SUPPORT OF
AUGUST 12, 2019 SECOND MOTION FOR IMPOUNDMENT**

Plaintiff respectfully requests that the legal memorandum dated August 12, 2019 (and its 39 appended exhibits) in support of her second motion for impoundment be filed under the seal pre-ordered on the case 3:19-cv-30056-MGM and reviewed ex-parte by this Honorable Court.

Respectfully submitted,
/s/ ▮▮▮▮▮▮▮▮▮▮, Pro Se

*Motion for filing August 12, 2019 legal memorandum under seal with ex-parte review_081219*



21