UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:19-cv-30056-MGM *SEALED*

███████████, an individual,
Plaintiff,

v.

UMass-Amherst, a Massachusetts public institution of more than 300 employees,
Dr. Derek Lovley, an individual,
Dr. Toshiyuki Ueki, an individual,
Dr. John Lopes, an individual,
Defendants.

Dated August 12, 2019

SECOND MOTION FOR IMPOUNDMENT

Pursuant to the June 17, 2019 order (Dkt. No. 9) that denied without prejudice Plaintiff's April 22, 2019 motion for impoundment with an in-camera hearing to argue the merits of this motion (Dkt. No. 4), Plaintiff would like to move for continuing the impoundment pre-ordered on the records of the pre-sealed case No. 3:19-cv-30056-MGM. In support thereof, a legal memorandum is separately provided.

Respectfully submitted,
/s/ ███████████, Pro Se



*Second motion for impoundment_081219*

F1