UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

Civil Action No. 3:19-30056-MGM

Jane Doe, an individual,
Plaintiff,

v.

UMass-Amherst, a public educational institution of more than 300 employees,
Dr. Derek Lovley, an individual,
Dr. Toshiyuki Ueki, an individual,
Dr. John Lopes, an individual,
Defendants.

Dated February 4, 2020

## NOTICE OF APOLOGY

Plaintiff hereby extends her humblest apologies for not having complied with Local Rule 7.1(a)(2) before submitting the motions numbered 65, 68, and 69. Plaintiff is not blaming her unfamiliarity with this rule but herself for having forgotten several times about his rule. Plaintiff never intended to bypass this rule. Plaintiff could have remembered this rule when this Honorable Court reminded it to her in the order 67 but unfortunately Plaintiff became aware of this ruling too late (incidentally, a copy of this order was not mailed to Plaintiff). Plaintiff henceforth intends to apply more caution to stay compliant with Local Rule 7.1(a)(2).

Respectfully submitted,
/s/ Jane Doe, pro se

*Notice of apology_Doe v. UMass-Amherst et al._020420*

## Certificate of Service

On February 4, 2020, Plaintiff handed out the present notice at the Clerk's office of the U.S. District Court (for the District of Massachusetts) located in Springfield, MA, and emailed a digital copy of it to Cheryl Marinelli, the assistant of the Defendants' attorneys.

Respectfully submitted,
/s/ Jane Doe, pro se