UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jane Doe ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> UMass - Amherst et al., ) <br> ) <br> Defendants, ) | Civil Action No.19-cv-30056-MGM |

ORDER OF DISMISSAL
November 1, 2023

In accord with the court's Memorandum and Order [DO#358] the Court ALLOWS Defendants' motions to dismiss (Dkt. Nos. 176, 178, and 333) and DENIES Plaintiff's motion for leave to file a fourth amended complaint (Dkt. No. 350). This case is Dismissed.

IT IS SO ORDERED.

By the Court,

 /s/ *Mark G. Mastroianni* 
Mark G. Mastroianni
U.S. District Judge